848

No. 99, Misc. WILLIAMS *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 100, Misc. HALL *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 101, Misc. DUNBAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.

No. 102, Misc. NAPIER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 103, Misc. BYRD *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner.

No. 104, Misc. HANLEY *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 105, Misc. ORR *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied.

No. 107, Misc. WEITZ *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 108, Misc. BREWSTER *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.